### THE NO. 223.

### Petition of CENTRAL R. CO. OF NEW JERSEY.

(Circuit Court of Appeals, Second Circuit. December 15, 1920.)

#### No. 81.

Appeal from the District Court of the United States for the Southern District of New York.

In the matter of the petition of the Central Railroad Company of New Jersey, owner of the lighter No. 223, for limitation of liability. From an award of damages to John Spillan, claimant, petitioner appeals. Affirmed. For opinion below, see 271 Fed. 531.

De Forest Bros., of New York City (J. T. Kilbreth, of New York City, of counsel), for appellant.

J. Arthur Hilton, of New York City, for appellee.

Before WARD, ROGERS, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.